# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                         NO.  4:02CR00130-002 SWW

LOUIS F. PIRANI

### ORDER

The judgment and sentence of the United States District Court requiring the imprisonment of defendant having been affirmed, the mandate of the Appellate Court having been received in the Clerk's Office of the Eastern District of Arkansas and defendant's petition for a writ of certiorari having been denied by the Supreme Court of the United States,

IT IS THEREFORE ORDERED that defendant shall surrender to the United States Marshal, Room 445, Richard Sheppard Arnold United States Courthouse Building, 600 West Capitol Avenue, in Little Rock, Arkansas, or to the institution designated by the Attorney General by **_no later than 12:00 noon on Monday, November 28, 2005,_** to begin service of the sentence previously imposed in this matter.

Dated this 24th day of October, 2005.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE